UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
MARLON JACKSON,                      :
                                     :     CASE NO.: 3:25-cv-948-SDD-SDJ
            Plaintiff,               :
                                     :     Judge: Hon. Shelly D. Dick
vs.                                  :
                                     :     Magistrate: Hon. Scott D. Johnson
KHALAF CHASIB KHALAF, and            :
LAGNIAPPE BAKER, INC.                :
                                     :
            Defendants.              :
-------------------------------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to

any party against any other.

Respectfully Submitted, this 24th day of April, 2026.


By:/s/ Andrew D. Bizer              By:/s/ Jill L. Craft
   **ANDREW D. BIZER**                 **JILL L. CRAFT**

**THE BIZER LAW FIRM, L.L.C.**      **JILL L. CRAFT, T.A.**
Andrew D. Bizer, Bar No. 30396      JILL L. CRAFT (LA # 20922)
3319 St. Claude Avenue              JCRAFT@CRAFTLAW.NET
New Orleans, Louisiana 70112        W. BRETT CONRAD, JR. (LA # 37639)
Telephone:    (504) 619-9999        BCONRAD@CRAFTLAW.NET
Facsimile:    (504) 948-9996        329 SAINT FERDINAND STREET
Email:        andrew@bizerlaw.co    BATON ROUGE, LA 70802
*Attorney for Plaintiff Marlon Jackson*   TELEPHONE: (225) 663-2612
                                    *Attorney for Defendants*